# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

147083

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DETROIT LAND DEVELOPMENT &
HOLDINGS, LLC,
     Plaintiff-Appellant,

v

MLK-BUCHANAN COMMUNITY
DEVELOPMENT CORPORATION and
NRP HOLDINGS, LLC,
     Defendants-Appellees.

SC:  147083
COA:  307629
Wayne CC:  11-009141-CK

_____/

   On order of the Court, the application for leave to appeal the January 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722